

1  Mr. Kenneth Lee Taylor, J-89634
2  527-Thomas Circle
3  Suisun City, CA    94585
   Telephone No.: (279) 256-9715
4  Email: AbuSabr011@gmail.com
   (Plaintiff In Pro.-Se./Parolee.)
5

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

APR 10 2025

FILED
DOCKETED_____
_____ DATE
               INITIAL

## U.S. COURT OF APPEALS
## FOR THE NINTH CIRCUIT

| | |
|---|---|
| KENNETH LEE TAYLOR, ) | CASE NO. 24-6863 |
| Plaintiff-Appellant, ) | D.C. NO. 2:19-CV-00450-DJC-CSK |
| V. ) | Eastern District of California, Sacramento |
| DR. KUERSTON, et al., ) | |
| Defendants-Appellees. ) | PLAINTIFF'S NON-OPPOSITION TO THE COURT'S INCLINATION TO APPOINT PRO-BONO COUNSEL IN PLAINTIFF'S LEGAL BEHALF IN THIS CASE AT BAR ACCORDINGLY, AND DECLARATION. |

TO: THE HONORABLE LISA B. FITZGERALD, Appellate Commissioner.

NOW COMES Plaintiff in "Non-Opposition" to this Honorable Court's inclination to appoint pro-bono counsel in his legal behalf accordingly. Plaintiff is very thankful and grateful to this Honorable Court, and look forward too further litigations.

### DECLARATION

I, Kenneth Lee Taylor, J-89634, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. This document was executed on April 07, 2025 in Solano, California 94585.

Respectfully submitted,
*Kenneth Lee Taylor*
Mr. Kenneth Lee Taylor, J-89634;
Plaintiff-Appellant & Declarant (In Pro.-Se./Parolee.)

## PROOF OF SERVICE BY MAIL

I, Mr. Kenneth Lee Taylor, J-89634 , declare:

I am over eighteen (18) years of age and am a party to this action. I am a resident of 527- Thomas Circle, Suisun City, CA 94585

In the county of Solano ,

State of California. My address is Mr. Kenneth Lee Taylor, J-89634, 527- Thomas Circle, Suisun City, CA 94585

On 04/07/2025 ,
(Date)

I served the attached: Plaintiff's Non-Opposition To The Court's Inclination To Appoint Pro-Bono Counsel In Plaintiff's Legal Behalf In This Case At Bar Accordingly, And Declaration.
(DESCRIBE DOCUMENT)

On the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States mail in a deposit box so provided at the above named city and county in California. The envelope was addressed as follows:

CLERK U.S. COURT OF APPEALS
FOR THE NINTH CIRCUIT
P.O. Box 193939
San Francisco, CA 94119-3939

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 04/07/2025        Kenneth Lee Taylor
                              (Declarant's Signature)